# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN REYNARD JACKSON, an individual, and THE TRUTH BRAND LLC, a California Limited Liability Company<br><br>Plaintiffs,<br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 2:25-cv-06021-PD<br><br>Judge: Hon. Magistrate Judge Patricia Donahue<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATE: November 04, 2026

Hon. Patricia Donahue
United States Magistrate Judge